# UNITED STATES DISTRICT COURT
## for the District of Delaware

| | | |
|---|---|---|
| MARNARVI SPA as agent for JILMAR SHIPPING S.A., | ) ) ) ) | |
| Petitioner, | ) ) | C.A. 1:08-cv-00388-SLR |
| vs. | ) ) | |
| ADVANCED POLYMER SCIENCES, INC. | ) ) ) | |
| Respondent. | ) | |

**Summons in a Civil Action**

To:

Advanced Polymer Sciences, Inc.
c/o Ohio Secretary of State
Suite 103
Columbus, OH 43215

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the petitioner an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the petitioner's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                PETER T. DALLEO
                                                Name of clerk of the court

Date: July 8, 2008

                                                Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *Advanced Polymer Sciences, Inc c/o Ohio Secretary of State 180 E Broad Columbus, OH 43215 Ste 103* by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is *Kathy Malott (receptionist)* ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: *July 1, 2008*

Server's signature: *Wanita Brooks*

Printed name and title: *Wanita Brooks (private process server)*

Server's address: *9510 Robinwood Ave Cols, OH 43213*

KRISTEN SNOW
Notary Public, State of Ohio
My Commission Expires 04-01-2012