IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNARVI SPA as agent for JILMAR SHIPPING S.A., | ) ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | C.A. 1:08-cv-00388-SLR |
| ADVANCED POLYMER SCIENCES, INC. | ) ) ) | |
| Respondent. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul C. Gunther, Esq. to represent Marnavi SpA, as agent for Jilmar Shipping, S.A., in this matter.

DATED: July 30, 2008

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Fredeick B. Rosner (DE# 3995)
Matt Neiderman (DE# 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

- and -

OF COUNSEL:

**SALANS**

Claude D. Montgomery, Esq.
Paul C. Gunther, Esq.
620 Fifth Avenue
Rockefeller Center
New York, New York 10020
212-632-5500

*Attorneys for Marnavi, SpA, as agent for Jilmar Shipping, S.A.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE: _____July 29, 2008_____         Signed: _____[signature]_____
                                      Paul C. Gunther, Esq.
                                      Salans
                                      620 Fifth Avenue
                                      Rockefeller Center
                                      New York, New York 10020
                                      Tel: (212) 632-8364
                                      Fax: (212) 307-3349
                                      pgunther@salans.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                     United States District Judge