# UNITED STATES DISTRICT COURT
## for the District of Delaware

MARNARVI SPA as agent for JILMAR SHIPPING S.A., )
)
)
      Petitioner, )
   vs. )  C.A. 1:08-cv-00388-SLR
)
ADVANCED POLYMER SCIENCES, INC. )
)
      Respondent. )

*(Alias)*

### Summons in a Civil Action

To:

Advanced Polymer Sciences, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

 Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the petitioner an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the petitioner's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
Name of clerk of the court

_____
Deputy clerk's signature

Date: July 28, 2008

◈ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __7/29/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        __SCOTT LASCALA — SECTION HEAD__; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __7/31/08__

_Paul H. Coulby_
Server's signature

_Paul Coulby — Process Server_
Printed name and title

_230 N Market St, Wilm DE 19801_
Server's address