# UNITED STATES DISTRICT COURT
## for the District of Delaware

MARNARVI SPA as agent for JILMAR SHIPPING S.A., )
)
)
                Petitioner, )
    vs. )   C.A. 1:08-cv-00388-SLR
)
ADVANCED POLYMER SCIENCES, INC. )
)
                Respondent. )

### Summons in a Civil Action

To:

Advanced Polymer Sciences, Inc.
c/o Arlene J. Keehan
18990 Knoll Landing Drive
Fort Myers, FL 33908

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the petitioner an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the petitioner's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of the court

_____
Deputy clerk's signature

Date: July 8, 2008

# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## District of DELAWARE

Case Number: C.A. 1:08-CV-00388-SLR

Petitioner:
**MARNARVI SPA AS AGENT FOR JILMAR SHIPPING S.A.**

vs.

Respondent:
**ADVANCED POLYMER SCIENCES. INC**

For:
DUANE MORRIS LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19081

Received by PARCELS, INC. on the 11th day of July, 2008 at 2:29 pm to be served on **ADVANCED POLYMER SCIENCES, INC. C/O ARLENE J. KEEHAN, 18990 KNOLL LANDING DRIVE, FORT MYERS, FL 33908.**

I, Jeffrey Asher, being duly sworn, depose and say that on the **23rd day of July, 2008** at **3:15 pm**, I:

**NON-SERVED** the **SUMMONS AND PETITION TO CONFIRM FOREIGN ARBITRAL AWARD WITH EXHIBITS** for the reason that I failed to find **ADVANCED POLYMER SCIENCES, INC. C/O ARLENE J. KEEHAN** or any information to allow further search.  Read the comments below for further details.

Additional Information pertaining to this Service:
7/14/08 9:50 AM - NO ANSWER WHEN SERVER KNOCKS. PHONE BOOKS AT FRONT DOOR. SECURITY (BOBBIE) STATES PHONE BOOKS WERE LEFT ABOUT 2 WEEKS AGO. NO MAIL. SERVER PUT TAPE ON DOOR. HOMES ON BOTH SIDES ARE VACANT AND FOR SALE.   7/14/08 10:05 AM - NO ANSWER WHEN SERVER KNOCKS. TAPE STILL ON DOOR.   7/15/08 8:15 PM - NO ANSWER WHEN SERVER KNOCKS. NO LIGHTS. TAPE STILL ON DOOR AND PHONE BOOKS STILL IN FRONT OF DOOR.   7/16/08 1:00 PM - NO ANSWER WHEN SERVER KNOCKS TAPE STILL ON DOOR. NO CHANGE.   7/17/08 2:35 PM - NO ANSWER WHEN SERVER KNOCKS. TAPE STILL ON DOOR. NO CHANGE.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served in accordance with Florida Statute.

Jeffrey Asher
C.P.S.157140

Subscribed and Sworn to before me on the 24th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PARCELS, INC.
P O Box 27
Wilmington, DE  19899
(800) 479-0075

Our Job Serial Number: 2008017814



TIM O. HAHNE
MY COMMISSION # DD 670979
EXPIRES: May 15, 2011
Bonded Thru Notary Public Underwriters

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w